Kyle W. Roche (*pro hac vice*)
Edward Normand (*pro hac vice*)
Ivy T. Ngo (SBN 249860)
Daniel M. Stone (*pro hac vice*)
ROCHE CYRULNIK FREEDMAN LLP
99 Park Avenue, 19th Floor
New York, NY 10016

Katherine Eskovitz (SBN 255105)
ROCHE CYRULNIK FREEDMAN LLP
1158 26th Street No. 175
Santa Monica, CA 90403

*Counsel for Plaintiff Mark Shin*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SHIN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ICON FOUNDATION,<br><br>　　　　Defendant. | Case Number: 3:20-cv-07363-WHO<br><br>**JOINT STIPULATION AND ORDER REGARDING MOTION TO STRIKE SCHEDULING** |

　　　　The parties to the above-entitled action, Mark Shin ("Plaintiff") and Icon Foundation ("Defendant" or "ICON," and together with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

　　　　WHEREAS, on October 20, 2020, Plaintiff filed a complaint against Defendant, Dkt. No. 1 (the "Initial Complaint");

1  WHEREAS, on December 18, 2020, Defendant filed a motion to dismiss the Initial Complaint pursuant to Fed. R. Civ. P. 12(b)(6), Dkt. No. 25;

WHEREAS, on January 8, 2021, Plaintiff filed an amended complaint as a matter of course pursuant to Fed. R. Civ. P. 15(a)(1)(B), Dkt. No. 28 (the "Amended Complaint");

WHEREAS, on January 22, 2021, the Court granted the Parties' stipulation regarding ICON's Motion to Dismiss the Amended Complaint and set a hearing on the Motion to Dismiss for April 7, 2021 at 2 p.m., Dkt. No. 31;

WHEREAS, ICON filed its Motion to Dismiss the Amended Complaint in accordance with that schedule on March 5, 2021, Dkt. No. 36;

WHEREAS, ICON also filed a Special Motion to Strike Allegations in the Amened Complaint Pursuant to Cal. Civ. Proc. Code § 425.16 on March 5, 2021, and such Motion was also noticed for a hearing on April 7, 2021 at 2 p.m., Dkt. No. 37; and

WHEREAS, the Parties have conferred on a proposed schedule for the remaining motion practice;

IT IS ACCORDINGLY STIPULATED, by and between the undersigned counsel for the Parties, subject to the Court's approval, as follows:

1)  On or before March 5, 2021, Plaintiff will file a brief in opposition to Defendant's motion to strike.

2)  On or before March 19, 2021, Defendants will file a reply in further support of its motion to strike.

Dated: February 16, 2021        /s/ Kyle Roche
                                Kyle W. Roche (*pro hac vice*)
                                Edward Normand (*pro hac vice*)
                                Katherine Eskovitz
                                Ivy T. Ngo
                                Daniel M. Stone (*pro hac vice*)

                                *Attorneys for Plaintiff Mark Shin*

Dated: February 16, 2021

/s/ Christopher Wanger

Christopher Wanger
Rebecca Rettig (*pro hac vice*)
Misa K. Eiritz

*Attorneys for Defendant Icon Foundation*

IT IS SO ORDERED.

Dated: February 16, 2021



HON. WILLIAM H. ORRICK, UNITED STATES DISTRICT JUDGE