Christopher L. Wanger (CA Bar No. 164751)
cwanger@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
Telephone: (415) 291-7400
Facsimile: (415) 291-7474

Misa K. Eiritz (CA Bar No. 307513)
meiritz@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
2049 Century Park E, #1700
Los Angeles, CA 90067
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

Jason Gottlieb (NY Bar. No. 4056008)
*Admitted Pro hac vice*
jgottlieb@morrisoncohen.com
Michael Mix (NY Bar. No. 5020201)
*Admitted Pro hac vice*
mmix@morrisoncohen.com
MORRISON COHEN, LLP
909 Third Avenue
New York, NY 10022-4784
Telephone: 212.735.8600
Facsimile: 212.735.8708

*Attorneys for Defendant*
ICON Foundation

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| MARK SHIN, | Case No. 3:20-CV-07363-WHO |
|---|---|
| Plaintiff, | **JOINT STIPULATION ORDER REGARDING BRIEFING ON MOTIONS** |
| vs. | |
| ICON FOUNDATION, | Hearing date: April 28, 2021<br>Time: 2:00 p.m.<br>Judge: Hon. William H. Orrick<br>Courtroom: 2, 17th Floor |
| Defendant. | |
| | Complaint filed: October 20, 2020<br>Amended Complaint filed: January 8, 2021<br>Trial Date: April 25, 2022 |

The parties to the above-entitled action, Mark Shin ("Plaintiff") and Defendant ICON Foundation ("ICON," and together with Plaintiff, the "Parties"), by and through their undersigned counsel hereby stipulate as follows pursuant to Civil L.R. 6-1(b):

WHEREAS, ICON filed on March 5, 2021: (1) a Motion to Dismiss Plaintiff's Amended Complaint (Dkt. 36); and (2) a Special Motion to Strike Allegations in the Amended Complaint (Dkt. 37) (collectively, the "Motions"), which Motions were noticed for hearing on April 7, 2021

at 2 p.m. (the "Hearing");

WHEREAS, pursuant to the Parties' Joint Stipulation and Order (Dkt. 39), ICON's reply briefs on the Motions are presently both due on March 19, 2021

WHEREAS, on March 16, 2021, the Court continued the Hearing on the Motions and reset it for April 28, 2021 (Dkt. 47);

WHEREAS, based on the Court's continuance of the Hearing date and scheduling conflicts for ICON's counsel, ICON seeks a one-week continuance of the deadline for its reply briefs on the Motions; and

WHEREAS, Plaintiff does not oppose ICON's requested one-week continuance;

IT IS ACCORDINGLY STIPULATED, by and between the undersigned counsel for the Parties, subject to the Court's approval, that ICON shall file its reply briefs in support of the Motions on or before March 26, 2021.

Dated: March 17, 2021      MANATT, PHELPS & PHILLIPS, LLP

By: */s/ Christopher L. Wanger*
    Christopher L. Wanger
    Misa K. Eiritz

Jason Gottlieb *Admitted Pro hac vice*
Michael Mix *Admitted Pro hac vice*
MORRISON COHEN, LLP

*Attorneys for Defendant ICON Foundation*

Dated: March 17, 2021      /s/ Kyle W. Roche
    Kyle W. Roche (*pro hac vice*)
    Edward Normand (*pro hac vice*)
    Katherine Eskovitz
    Ivy T. Ngo
    Daniel M. Stone (*pro hac vice*)
    *Attorneys for Plaintiff Mark Shin*

### ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(I)(3)

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

ORDER

Pursuant to the foregoing Stipulation and good cause appearing, IT IS SO ORDERED.

Dated: March 19, 2021

_____
HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE