Kyle W. Roche (pro hac vice)
kyle@rochefreedman.com
Edward Normand (pro hac vice)
tnormand@rochefreedman.com
Ivy T. Ngo (SBN 249860)
ingo@rochefreedman.com
Daniel M. Stone (pro hac vice)
dstone@rochefreedman.com
Peter Bach-y-Rita (SBN 267442)
pbachyrita@rochefreedman.com
**ROCHE FREEDMAN LLP**
99 Park Avenue, 19th Floor
New York, NY 10016
Telephone: (646) 350-6883

*Counsel for Plaintiff Mark Shin*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SHIN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ICON FOUNDATION,<br><br>　　　　Defendant. | Case Number: 3:20-cv-07363-WHO<br><br>**JOINT STATUS REPORT** |

　　　　Pursuant to the Court's February 22, 2022, Order, the parties provide the following status report regarding the Colorado Criminal Action. Plaintiff reports that the Colorado Criminal Action is moving expeditiously towards trial, with trial scheduled to begin on August 23, 2022.

| | |
|---|---|
| Dated: June 21, 2022 | ROCHE FREEDMAN LLP |
| | By: */s/ Kyle W. Roche* |
| | Kyle W. Roche (*pro hac vice*) |
| | Edward Normand (*pro hac vice*) |
| | Ivy T. Ngo |
| | Daniel M. Stone (*pro hac vice*) |
| | Peter Bach-y-Rita |
| | *Attorneys for Plaintiff Mark Shin* |
| | |
| | MANATT, PHELPS & PHILLIPS, LLP |
| Dated: June 21, 2022 | By: */s/ Chris Wanger* |
| | Chris Wanger |
| | Brad Seiling |
| | Misa K. Eiritz |
| | |
| | Jason Gottlieb *Admitted pro hac vice* |
| | Michael Mix *Admitted pro hac vice* |
| | MORRISON COHEN, LLP |
| | *Attorneys for Defendant Icon Foundation* |

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(I)(3)

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.