Edward Normand (pro hac vice)
tnormand@rochefreedman.com
Ivy T. Ngo (SBN 249860)
ingo@rochefreedman.com
Daniel M. Stone (pro hac vice)
dstone@rochefreedman.com
Peter Bach-y-Rita (SBN 267442)
pbachyrita@rochefreedman.com
FREEDMAN NORMAND FRIEDLAND LLP
99 Park Avenue, 19th Floor
New York, NY 10016
Telephone: (646) 350-6883

Kyle W. Roche (pro hac vice)
kyle@kyleroche.law
KYLE ROCHE P.A.
260 Madison Avenue, 8th Floor
New York, NY 10016
Telephone: (716) 348-6003

*Counsel for Plaintiff Mark Shin*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MARK SHIN,<br><br>    Plaintiff,<br><br>vs.<br><br>ICON FOUNDATION,<br><br>    Defendant. | Case Number: 3:20-cv-07363-WHO<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's February 22, 2022, Order, the parties provide the following status report regarding the Colorado Criminal Action. Plaintiff reports that the Colorado Criminal Action was adjourned on August 11, 2022, due to a simultaneously scheduled capital case. Due to various scheduling conflicts, the matter is currently set for trial on April 18, 2023.

Dated: October 20, 2022

FREEDMAN NORMAND FRIEDLAND LLP

/s/ Edward Normand

Edward Normand (*pro hac vice*)
Ivy T. Ngo
Daniel M. Stone (*pro hac vice*)
Peter Bach-y-Rita

Kyle W. Roche (*pro hac vice*)

*Attorneys for Plaintiff Mark Shin*

Dated: October 20, 2022

MANATT, PHELPS & PHILLIPS, LLP

By:/s/ Chris Wanger

Chris Wanger
Brad Seiling
Misa K. Eiritz

Jason Gottlieb *Admitted pro hac vice*
Michael Mix *Admitted pro hac vice*
MORRISON COHEN, LLP

*Attorneys for Defendant Icon Foundation*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(I)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.