Edward Normand (pro hac vice)
tnormand@fnf.law
Ivy T. Ngo (SBN 249860)
ingo@fnf.law
Daniel M. Stone (pro hac vice)
dstone@fnf.law
Peter Bach-y-Rita (SBN 267442)
pbachyrita@fnf.law
**FREEDMAN NORMAND FRIEDLAND LLP**
99 Park Avenue, 19th Floor
New York, NY 10016
Telephone: (646) 350-0527

*Counsel for Plaintiff Mark Shin*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SHIN,<br><br>  Plaintiff,<br><br>  vs.<br><br>ICON FOUNDATION,<br><br>  Defendant. | Case Number: 3:20-cv-07363-WHO<br><br>**NOTICE OF CHANGE OF FIRM NAME** |

PLEASE TAKE NOTICE that the law firm of Roche Freedman LLP has changed its name to Freedman Normand Friedland LLP, effective immediately.  All future pleadings, memoranda, correspondence, orders, etc. shall be sent to:

  Edward Normand
  Ivy Ngo
  Daniel M. Stone

Peter Bach-y-Rita
**FREEDMAN NORMAND FRIEDLAND LLP**
99 Park Avenue, 19th Floor
New York, NY 10016
Tel: (646) 350-0527
Fax: (646) 392-8842
Email: tnormand@fnf.law
Email: ingo@fnf.law
Email: dstone@fnf.law
Email: pbachyrita@fnf.law

Dated: November 18, 2022                **FREEDMAN NORMAND FRIEDLAND LLP**

　　　　　　　　　　　　　　　　　　　　*/s/ Edward Normand*

Edward Normand (*pro hac vice*)
Ivy T. Ngo
Daniel M. Stone (*pro hac vice*)
Peter Bach-y-Rita
99 Park Avenue, 19th Floor
New York, NY 10016
Tel: (646) 350-0527
Fax: (646) 392-8842
Email: tnormand@fnf.law
Email: ingo@fnf.law
Email: dstone@fnf.law
Email: pbachyrita@fnf.law

*Counsel for Plaintiff Mark Shin*